**Order entered May 6, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00935-CR
### No. 05-19-00936-CR

### CHRISTIN LEE GORBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F19-00375-T & F18-29750-T**

### ORDER

The reporter's record was initially due November 25, 2019. According to official court reporter Vearneas Faggett, she reported voir dire, the motion for new trial hearing, and two admonishment hearings, and deputy official reporter Yolanda Atkins reported the five-day jury trial.

On February 4, 2020, Ms. Faggett notified the Court that Ms. Atkins had not completed her portion of the record because Ms. Faggett failed to notify her it was

due. Ms. Faggett asked for a 30-day extension for Ms. Atkins, stating she might possibly need additional time beyond that. We granted an extension until March 4, 2020. *See* TEX. R. APP. P.35.3(c).

On March 3, Ms. Atkins requested an additional seven days in which to file the reporter's record. We granted the request and ordered the reporter's record due on March 16, 2020. In the meantime, Ms. Faggett filed a letter informing the Court that she sent her completed volumes to Ms. Atkins. To date, no reporter's record has been filed, and we have had no communication from Ms. Atkins.

We **ORDER** the complete reporter's record filed by **May 13, 2020**. We caution deputy official reporter Yolanda Atkins that the failure to file the complete reporter's record by that date will result in the Court taking whatever remedies it has available, including ordering Ms. Atkins not sit, until the record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Vearneas Faggett, office court reporter, 283rd Judicial District Court; Yolanda Atkins, official deputy court reporter; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE